IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR3100 |
| ) | |
| MATTHEW GATWECH WUOL, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Motion to Continue Trial, filing 19, from September 11, 2006, for approximately 60 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial shall be continued until the 13th day of November, 2006, at 9:00 a.m. The defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from August 29, 2006, until the date now set, shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 29th day of August, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge