FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JAN 10 2007

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
v.                        )   Case No. 4:06CR3100
                          )
MATTHEW GATWECH WUOL,     )
                          )
            Defendant.    )

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Modify Order Setting Conditions of Release and Order under seal.

DATED this 10th day of January, 2006.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge