IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:06CR3100 |
| MATTHEW GATWECH WUOL, | ) ) ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before this Court on defendant's Motion to Continue the Deadline for Filing a Downward Departure Motion and Supporting Brief, filing 47. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his Downward Departure Motion and Supporting Brief no later than Tuesday, February 27, 2007.

February 23, 2007.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge