IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MATTHEW GATWECH WUOL, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that the defendant's evidentiary hearing and sentencing are rescheduled to 12:30 p.m. on Wednesday, March 14, 2007, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

March 13, 2007.                BY THE COURT:

                                                          s/ *Richard G. Kopf*
                                                         United States District Judge